UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACQUELINE WEGNER, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>WELLS FARGO BANK NATIONAL ASSOCIATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-01429-JCM-PAL<br><br>ORDER<br><br>(Subst Attys – ECF Nos. 96, 97) |

Before the court is the Stipulation to Substitute Defendant Pamela Conboy's Attorney of Record (ECF No. 96), and Stipulation to Substitute Defendant Pamela Conboy's Designation of Local Counsel (ECF No. 97). One of Pamela Conboy's ("Conboy") attorneys, Michael Proctor formerly of Boies Schiller Flexner, LLP, is now at the law firm of Durie Tangri LLP. His pro hac vice application was granted in an Order (ECF No. 27) entered September 26, 2017, which designated Richard J. Pocker of Boies Schiller Flexner LLP as local counsel. Defendant Conboy seeks to keep Michael Proctor, now of Durie Tangri LLP on as counsel in place of Jeffrey Hammer, Andrew Esbenshade, and FeiFei Jiang of Boies Schiller Flexner LLP. Furthermore, Ms. Conboy would like to keep Richard Pocker of Boies Schiller Flexner LLP, and Amanda Yen of McDonald Carano on as local counsel.

LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Accordingly,

**IT IS ORDERED** that:

1. The Substitutions of Attorneys (ECF Nos. 96, 97) are **GRANTED**.
2. Michael Proctor, now of Durie Tangri LLP is substituted in the place of Boies Schiller Flexner LLP including attorneys Jeffrey Hammer, Andrew Esbenshade, and FeiFei Jiang. Local counsel shall remain the same with both Richard Pocker of Boies Schiller Flexner LLP and Amanda Yen of McDonald Carano being listed as local counsel.

DATED this 11th day of June, 2018.

								_____
								PEGGY A. LEEN
								UNITED STATES MAGISTRATE JUDGE