UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| **Jacqueline Wegner,** *et al* ) | |
| ) | Case No. 2:17-CV-1429 JCM (PAL) |
| **Plaintiffs/Appellants** ) | |
| ) | |
| **v.** ) | NOTICE OF APPEAL |
| ) | |
| **All Defendants,** ) | |
| ) | |
| **Defendants/Appellees.** ) | |
| _____) | |

**NOTICE OF APPEAL**

On June 25, 2018, judgment was entered against all Plaintiffs and in favor of All Defendants in the cause of action noted above, *ECF 100-102*. Per FRAP 3, all Plaintiffs take this appeal as of right pursuant to the time set forth in FRAP 4, and concomitant Court Rules. Said appeal is taken to the United States Court of Appeals for the Ninth Circuit. Appellant's Representation Statement is attached hereto as counsel to be noticed are recently set forth in *ECF 100-102* on the 2:17-CV-01429 District Court Civil Docket.

**DATED**: July 11, 2018                          Respectfully submitted,

                                                                  */s/    Mark R. Heilbrun*
                                                                  MARK R. HEILBRUN
                                                                  Law Office of Mark Heilbrun
                                                                  Reagan International Trade Center
                                                                  1300 Pennsylvania Avenue, N.W.
                                                                  Suite 190, # 414
                                                                  Washington, D.C. 20004
                                                                  mh@harlanbradleyllp.com
                                                                  (202) 997-1609

                                                                  *Counsel for Plaintiffs/Appellants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached NOTICE OF APPEAL and a Representation Statement pursuant to the relevant Federal Rules was served upon all defendants in this action by placing said Notice upon the ECF Docket in Case No. 2:17-CV-1429, thereby ensuring receipt by all attorneys to be noticed in this action.

/s/   *Mark R. Heilbrun*
MARK R. HEILBRUN